In the Matter of the Application of JAMES C. HUGHEY, Respondent, for a Mandamus Order against THE DUBOIS PRESS, INC., and Others, Appellants, and Other Officer, if Any, Who Has or Ought to Have the Custody of the Records of Said Corporation.— Order of May 16, 1941, granting inspection of records, reversed on the law with leave granted to the appellants to serve an answer within ten days after service of a copy of the order herein; order denying appellants' motion for dismissal, order denying appellants' motion to strike out, and order denying appellants' motion for a bill of particulars affirmed, without costs of this appeal to any party. All concur. (The orders are for petitioner on a motion to examine the records of a corporation.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JOHN DeLOLLIS, Respondent, v. SOLOMON SHINE, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The plaintiff had long been familiar with the defective condition of the step on which he fell sustaining the injuries for which he has recovered. The defendant and his agent knew of the defective condition of the step and on many occasions prior to the accident had promised the plaintiff to repair the step but had failed to do so. On the occasion of the accident the plaintiff stepped down onto the defective step without looking where he was placing his foot on the step. Whether plaintiff placed his foot too far forward on the step, thereby causing him to lose his balance and fall, or whether his fall was occasioned by the defect in the step at the point where he placed his foot, rested on conjecture and speculation. A verdict based upon conjecture and speculation, and this was such a verdict, cannot be sustained. We think also that the verdict was against the weight of the evidence both as to the negligence of the defendant and the plaintiff's freedom from contributory negligence. All concur, except Harris, J., who dissents and votes for affirmance. (The judgment is for plaintiff for damages for personal injuries sustained by reason of falling on a negligently maintained stairway.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ADA C. BARKER, as Administratrix, etc., of EPHRAIM L. BARKER, Deceased, Appellant, v. CITIZENS BANK OF CAPE VINCENT, JOHN R. KILBORN, JAMES P. DAVIS, DEALTON V. SEEBER, Respondents, and THOMAS C. KILLEEN, Defendant. — Orders affirmed, without costs of this appeal to any party. All concur. (The two orders dismiss the complaint as to defendant bank and as to defendants Kilborn, Davis and Seeber, in an action on a note.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.